SCHLEY *v.* WILLIAMSON, executor, *et al.*

HILL, J. The rulings made in the case of *Schley* v. *Williamson*, this day decided, are controlling in this case.

*Judgment reversed. All the Justices concur.*